UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-05908
Tarsha L Chapman )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER MODIFYING DEBTOR'S PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post confirmation by extending the Chapter 13 plan term to 84 months in accordance with 11 U.S.C. §1329(d)(1) and by decreasing the plan payment to $850 a month beginning August 2021 until the end of the plan.

2. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior Plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 14, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600