UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Tarsha L Chapman<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  20-05908<br><br>Chapter:  13<br>Honorable Deborah L. Thorne |

# ORDER DISALLOWING CLAIM # 12-1

THIS MATTER coming to be heard on the Debtor's Objection to Proof of Claim 12-1 Filed by Greensky, LLC;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The proof of claim # 12-1 filed by Greensky, LLC on July 1, 2021 is disallowed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  August 11, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600