UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-05908
Tarsha L Chapman )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT/INCUR DEBT

THIS MATTER coming to be heard on the Debtor's Motion to Obtain Credit/Incur Debt, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

A. That Debtor's purchase of the 2016 Chevrolet Malibu or comparable vehicle with financing for $20,422 at 18.75% and payments of $474.48 for 72 months be allowed.

Enter: *[signature]*

Honorable Deborah L. Thorne
Dated: December 15, 2021                United States Bankruptcy Judge

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600