UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-05908 |
| Tarsha L Chapman | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The 2013 Hyundai Elantra financed through Prestige Financial Services will be surrendered to Prestige Financial Services post-confirmation and Prestige Financial Services will be allowed an unsecured deficiency claim.

2. The Chapter 13 Trustee shall stop making payments to Prestige Financial Services on their secured claim and on the unsecured split portion of the claim for $4,412.40 for the 2013 Hyundai Elantra.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  December 15, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600