**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  20-05908 |
| Tarsha L Chapman | ) | |
| | ) | HON.  Deborah L. Thorne |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**NOTICE OF MOTION**

TO:   Trustee Marilyn O. Marshall, 224 S. Michigan Ave., Ste 800, Chicago, IL 60604; via electronic court notification;

See attached service list.

PLEASE TAKE NOTICE that on September 14, 2022 at 9:30 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present the motion of Debtor to Vacate, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on September 7, 2022 by 6:30 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Case No. 20-05908 |
| Tarsha L Chapman ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | Honorable Deborah L. Thorne |
| ) | |

## MOTION TO VACATE AMENDED ORDER FOR PAYROLL CONTROL

NOW COMES the Debtor, Tarsha L Chapman, by and through her attorneys, Cutler and Associates, Ltd., and moves this Honorable Court to vacate the Amended Payroll Control Order entered on July 16, 2021 [doc. 50], and in support thereof states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §1334 and §157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. On March 2, 2020, the Debtor filed a petition for relief under Chapter 13 of Title 11 U.S.C.

3. The Debtor's Chapter 13 Plan was confirmed on July 1, 2020 and the Debtor is in a 100% repayment plan.

4. The Debtor voluntarily submitted to payroll control. On July 16, 2021, this Honorable Court entered an Amended Order for Payroll Control, at docket entry number 50. (See Exhibit A)

5. The Debtor is seeking to vacate payroll control temporarily in her case as she is currently not working and is on medical leave from her job. The Debtor was in a car accident on July 29, 2022, she sustained back injuries, is receiving treatment and her physician has an estimated return to work date for her of September 21, 2022 with restrictions.

6. The Debtor is receiving short term disability and is seeking to make direct payments to the Trustee as it will allow her to better manage her finances as she had fallen behind on her rent and living expenses as short-term disability is only a percent of her salary.

7. The Debtor understands the benefits of payroll control and she will resume with payroll control in her case, that her counsel will file an order resuming payroll control in her case on October 17, 2022.

8. The foregoing constitutes sufficient grounds for this Court to enter an Order vacating the Amended Order for Payroll Control for the Debtor entered on July 16, 2021, at docket entry number 50.

WHEREFORE the Debtor, Tarsha L Chapman, prays that this Honorable Court enter an order vacating the Amended Payroll Control Order entered on July 16, 2021 [doc. 50]; and for such further relief that this Court may deem just and proper.

Dated: September 7, 2022     Respectfully Submitted,

By:   /s/ David H. Cutler
      David H. Cutler, esq.,
      Counsel for Debtors:
      4131 Main St.
      Skokie, IL 60076
      Phone: (847) 673-8600