UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:              )           BK No.:   20-05908
Tarsha L Chapman    )
                    )
                    )           Chapter: 13
                    )           Honorable Deborah L. Thorne
                    )
                    )
        Debtor(s)   )

**ORDER ON MOTION TO OBTAIN/INCUR DEBT AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO OBTAIN/INCUR DEBT AND SHORTEN NOTICE, the Court orders as follows:

IT IS HEREBY ORDERED:

1. The Debtor is permitted to purchase a 2018 Volkswagen Beetle S/Coast or similar vehicle, with an amount financed not to exceed $24,484.80, interest not to exceed 22%, and monthly payments not to exceed $669.42.

2. Notice is shortened.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  April 19, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600